IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:18CR118 |
| | § | Judge Mazzant |
| OSCAR RUIZ COLON (2) | § | |
|   a.k.a Parchado | § | |

## <u>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL</u>

The United States hereby designates the following Assistant United States Attorney

as counsel in this case, and respectfully requests that the same be noted by the Clerk of the

Court and that this attorney be added to the list of counsel in this case to receive all future

notices, orders, and filings via the Court's CM/ECF system:


Colleen Bloss
Assistant United States Attorney
Texas Bar No. 24082160
101 E. Park Blvd., Ste. 500
Plano, TX 75074
(972) 509-1201
colleen.bloss@usdoj.gov

1

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

 /s/ *Colleen Bloss*
COLLEEN BLOSS
Assistant United States Attorney
Texas Bar No. 24082160
101 E. Park Blvd., Ste. 500
Plano, TX 75074
(972) 509-1201
colleen.bloss@usdoj.gov


ATTORNEY FOR THE UNITED STATES


## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically served a true and correct copy of this document upon all counsel of record by means of the Court's CM/ECF notification system.


 /s/ *Colleen Bloss*
COLLEEN BLOSS